NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DONOVAN ANTWON WILSON, a/k/a         )
DONOVAN WILSON, DOC #H28525,         )
                                     )
      Appellant,                  )
                                     )
v.                                   )     Case No.  2D18-1302
                                     )
STATE OF FLORIDA,                    )
                                     )
      Appellee.                   )
_____ )

Opinion filed October 11, 2019.

Appeal from the Circuit Court for Polk
County; Jalal Harb, Judge.

Anthony W. Surber of Surber Law, P.A.,
Mulberry, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General, Tampa,
for Appellee.



PER CURIAM.

      Affirmed.



SILBERMAN, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.